No. 15, Original. STATE OF OKLAHOMA *v.* STATE OF
TEXAS, UNITED STATES, INTERVENER. Submitted November 19, 1923. Decided November 26, 1923. Motion for
leave to file petition in intervention of Charles West in
this cause denied. *Mr. Cordenio A. Severance* and *Mr.*
*Edward P. Keech, Jr.,* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Riter* and *Mr.*
*W. W. Dyar,* Special Assistant to the Attorney General,
for the United States.

---

No. 607.. STANDARD OIL COMPANY OF NEW JERSEY *v.*
SOUTHERN PACIFIC COMPANY. On writ of certiorari to
the Circuit Court of Appeals for the Second Circuit.
November 26, 1923. Motions (1) that the order of this
Court on November 12, 1923, granting a petition for a
writ of certiorari be restricted to the respondents Southern
Pacific Co. and Director General of Railroads, and be
vacated as to the personal injury, cargo, and passenger
claimants against whom no error is assigned in the petition; and/or (2) that the transcript of record be diminished by at least 500 pages so as to include only evidence
bearing directly or indirectly on the errors of law assigned
in the petition and brief for certiorari, submitted by *Mr.*
*D. Roger Englar, Mr. T. Catesby Jones,* and *Mr. James W.*
*Ryan,* counsel for Roberts, Carter & Co. and other cargo
claimants, and by *Mr. Henry O. Falk* and *Mr. Lawrence*
*B. Cohen,* counsel for Bonita Hearn and Dolores Francis,
personal injury and passenger claimants, and motions
granted.